UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

**DEBORAH KOFLER,**

    **Plaintiff,**

v.                           CASE NO:  8:20-cv-01460-VMC-AEP

**SAYDE STEEVES CLEANING SERVICE INC.**

    **Defendant.**
_____/

## PLAINTIFF'S NOTICE OF SETTLEMENT

Pursuant to Local Rule 3.08(a) Plaintiff, DEBORAH KOFLER, by and through undersigned counsel, hereby notifies the Court that the above-styled action against Defendant, SAYDE STEEVES CLEANING SERVICE INC., has been settled.

Dated this 8th day of December, 2020.

                                                       Respectfully submitted,

                                                       /s/ *Christopher J. Saba*
                                                       Christopher J. Saba
                                                       Florida Bar No. 092016
                                                       Wenzel Fenton Cabassa P.A.
                                                       1110 N. Florida Avenue
                                                       Suite 300
                                                       Tampa, Florida 33602
                                                       Main No.: 813-224-0431
                                                       Facsimile No.: 813-229-8712
                                                       Email: csaba@wfclaw.com
                                                       Email: tsoriano@wfclaw.com
                                                       **Attorneys for Plaintiff**

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on this 8th day of December, 2020, the foregoing was electronically filed with the Clerk of the Court via the CM/ECF system, which will send a notice of electronic filing to:

Michael G. Edison, Esq.
Edison, Edison, & Brandt, PLLC
11268 Winthrop Main Street Suite 102
Riverview, FL 33578
Email: michael.edison@eeblawgroup.com

                                                  */s/ Christopher J. Saba*
                                                  Christopher J. Saba