# UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF FLORIDA
# TAMPA DIVISION

**DEBORAH KOFLER,**

    **Plaintiff,**

v.                                         **CASE NO.: 8:20-cv-01460-VMC-AEP**

**SAYDE STEEVES CLEANING**
**SERVICE, INC.**

    **Defendants**.
_____/

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

Plaintiff and Defendant, through their respective undersigned counsels, stipulate to, and jointly move this Court for the entry of an Order dismissing this cause with prejudice, with each side to bear its own attorneys' fees and costs.

Dated this 15th day of December, 2020.

| | |
|---|---|
| Edison, Edison, & Brandt, PLLC | WENZEL FENTON CABASSA, P.A. |
| 11268 Winthrop Main Street | 1110 North Florida Avenue |
| Suite 102 | Suite 300 |
| Riverview, FL 33578 | Tampa, Florida 33602 |
| Telephone: (813) 501-1577 | Telephone:  813-224-0431 |
| | Facsimile:    813-229-8712 |
| | |
| BY:  */s/Michael G. Edison* | BY:  */s/Christopher J. Saba* |
|     Michael G. Edison, Esq. |     Christopher J. Saba, Esq. |
|     Florida Bar No.: 0127324 |     Florida Bar No.: 92016 |
|     Email: michael.edison@eeblawgroup.com |     E-mail: csaba@wfclaw.com |
|     **Counsel for Defendant** |     **Counsel for Plaintiff** |